UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TIFFINEY RHOSHELLE CYPHERS,**

   Plaintiff,

v.                                                     No. 4:21-cv-01368-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

# ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 20. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Therefore, the Court **ACCEPTS** the Magistrate Judge's Findings and Conclusions as its own and **DISMISSES** this action. Accordingly, the Commissioner's decision is **REVERSED AND REMANDED** for further administrative proceedings consistent with the Findings and Conclusions of the Magistrate Judge.

**SO ORDERED** on this **30th day** of **January 2023.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE